UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR-104 |
| ) | |
| JEFFERY SCOTT HOUSEWRIGHT ) | |

**O R D E R**

The revocation hearing presently scheduled for July 23, 2019, is **RESET** to **Thursday, September 12, 2019, at 2:00 p.m.** in Greeneville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge